IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01151-RPM-OES

CHARLES HIGHT,

        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,
d/b/a METLIFE,

        Defendant.
_____

ORDER OF DISMISSAL
_____

        Pursuant to the Joint Stipulation for Dismissal filed on November 3, 2005, it is

        ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own legal fees and costs.

        Dated: November 4, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge